UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DANIEL JUAREZ,<br>Plaintiff,<br>v.<br>WASHINGTON, et al.,<br>Defendants. | No. 2:26-cv-3882 CSK P<br><br><u>ORDER</u> |

Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's request for leave to proceed in forma pauperis is incomplete; it only contains page one and does not bear plaintiff's signature. All parties, including those proceeding without counsel, are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Generally, the Court is unable to consider a filing as a request for Court action unless the plaintiff files a proper motion and signs it. Therefore, plaintiff is provided an opportunity to re-file a complete application to proceed in forma pauperis bearing his signature. Further, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff is also provided the opportunity to submit a certified copy of his inmate trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a complete and signed application to proceed in forma pauperis, and a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.
2. The Clerk of the Court is directed to send plaintiff an application to proceed in forma pauperis by a prisoner.

Dated: November 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/juar3882.3c